UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR BROWN, JR.,

    Plaintiff,

                                                            Case No. 2:19-cv-11995
v.                                           Hon. Terrence G. Berg

LT. TUCKER AND
C. WHITE,

    Defendants.
_____/

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated October 24, 2019, this cause of action is **SUMMARILY DISMISSED**.

Dated at Detroit, Michigan:   October 31, 2019

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              s/A. Chubb
                                              Case Manager and Deputy Clerk


APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE